IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES, )<br>)<br>Defendant. ) | No. 14-354C<br><br>(Judge Braden) |

NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearance of Timothy P. McIlmail as attorney of record for the United States. Service of all papers by other parties should be addressed as follows:

Timothy P. McIlmail<br>
Senior Trial Counsel<br>
Commercial Litigation Branch<br>
Civil Division<br>
United States Department of Justice<br>
PO Box 480<br>
Ben Franklin Station<br>
Washington, D.C. 20044

                                                       /s/ Timothy P. McIlmail<br>
                                                TIMOTHY P. MCILMAIL<br>
                                                Senior Trial Counsel<br>
                                                Commercial Litigation Branch<br>
                                                Civil Division<br>
                                                Department of Justice<br>
                                                PO Box 480<br>
                                                Ben Franklin Station<br>
                                                Washington, D.C. 20004<br>
                                                Telephone: (202) 616-0342<br>
                                                Facsimile: (202) 514-7965<br>
                                                timothy.mcilmail@usdoj.gov

April 29, 2014