# In the United States Court of Federal Claims

No. 14-354 C
Filed: April 29, 2014

```
*****************************************
SPACE EXPLORATION TECHNOLOGIES   *
CORP.                            *
                                 *
         Plaintiff,              *
                                 *
v.                               *
                                 *
THE UNITED STATES,               *
                                 *
         Defendant.              *
*****************************************
```

### ORDER SCHEDULING STATUS CONFERENCE

Pursuant to Rule 16 of the Rules of the United States Court of Federal Claims, the court hereby schedules a preliminary status conference for April 30, 2014 at 2:00 p.m. Eastern Standard Time, to be held at the United States Court of Federal Claims, 717 Madison Pl., NW, Washington, DC 20439.

**IT IS SO ORDERED**.

 s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**