IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| SPACE EXPLORATION ) | | |
| TECHNOLOGIES CORP., ) | | |
| ) | | |
| Plaintiff, ) | No. 14-354C | |
| ) | (Judge Braden) | |
| v. ) | | |
| ) | | |
| UNITED STATES, ) | | |
| ) | | |
| Defendant, ) | | |
| ) | | |
| and ) | | |
| ) | | |
| UNITED LAUNCH SERVICES, LLC, ) | | |
| ) | | |
| Defendant-Intervenor. ) | | |

DEFENDANT'S NOTICE OF FILING OF PROPOSED ORDER

Defendant, the United States, respectfully provides notice that, pursuant to the attached guidance received from Chambers on May 2, 2014, the United States is filing the attached proposed order, while also reserving its rights to seek further review of any aspect of the Court's April 30, 2014 preliminary injunction order.

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

      s/Kirk T. Manhardt
      KIRK T. MANHARDT
      Assistant Director


      s/Timothy P. McIlmail
      TIMOTHY P. MCILMAIL
      Senior Trial Counsel
      Commercial Litigation Branch
      Civil Division
      Department of Justice
      PO Box 480
      Ben Franklin Station
      Washington, D.C. 20004
      Tel:  (202) 307-0315
      timothy.mcilmail@usdoj.gov


OF COUNSEL:

J. BRYAN WARNOCK
Trial Attorney
Commercial Litigation Branch

Attorneys for Defendant

May 2, 2014