IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., | ) ) ) | |
| Plaintiff, | ) ) | No. 14-354C (Judge Braden) |
| v. | ) ) | |
| UNITED STATES, | ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| UNITED LAUNCH SERVICES, LLC, | ) ) | |
| Defendant-Intervenor. | ) | |

## PROPOSED ORDER

On May 2, 2014, defendant, the United States, requested that the Court clarify its April 30, 2014 preliminary injunction order. The Court hereby grants the United States' Motion for Clarification and confirms that its April 30, 2014 preliminary injunction order does not apply to Government purchases from or payments to either United Launch Services, LLC (ULS) or United Launch Alliance, LLC (ULA). The United States may continue to make payments to ULS and/or ULA.

IT IS SO ORDERED.

_____
SUSAN G. BRADEN
Judge