# In the United States Court of Federal Claims

No. 14-354 C
Filed: May 6, 2014

```
*****************************************
SPACE EXPLORATION TECHNOLOGIES  *
CORP.,                          *
                                *
         Plaintiff,             *
                                *
v.                              *
                                *
THE UNITED STATES,              *
                                *
         Defendant.             *
*****************************************
```

**ORDER**

For the reasons discussed during the May 5, 2014 status conference, the Government's May 2, 2014 Motion For Clarification Of Preliminary Injunction Order is denied.

**IT IS SO ORDERED**.

                         s/ Susan G. Braden
                         **SUSAN G. BRADEN**
                         **Judge**