IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| UNITED STATES, | ) ) | No. 14-354C (Judge Braden) |
| Defendant, | ) ) | |
| and | ) ) | |
| UNITED LAUNCH SERVICES, LLC, | ) ) | |
| Defendant-Intervenor. | ) | |

DEFENDANT'S MOTION TO DISSOLVE PRELIMINARY
INJUNCTION, AND REQUEST FOR EXPEDITED CONSIDERATION

Defendant, the United States, respectfully requests that the Court dissolve its April 30, 2014 preliminary injunction. The injunction prohibits the Air Force and intervenor, United Launch Services, LLC, from "making any purchases from or payment of money to NPO Energomash or any entity, whether governmental, corporate or individual, that is subject to the control of Deputy Prime Minister Rogozin, unless and until the court receives the opinion of the United States Department of the Treasury, and the United States Department of Commerce and United States Department of State, that any such purchases or payments will not directly or indirectly contravene Executive Order 13,661." The appended letters from those departments provide those opinions and, collectively, demonstrate that, as of the issuance of those letters, purchases

from or payments to NPO Energomash would not directly or indirectly contravene Executive Order 13,661.

For the foregoing reasons, the United States respectfully requests that the Court dissolve its April 30, 2014 permanent injunction. The United States also respectfully requests expedited consideration of this motion.

    Respectfully submitted,

    STUART F. DELERY
    Assistant Attorney General

    ROBERT E. KIRSCHMAN, JR.
    Director

    s/Kirk T. Manhardt
    KIRK T. MANHARDT
    Assistant Director

    s/Timothy P. McIlmail
    TIMOTHY P. MCILMAIL
    Senior Trial Counsel
    Commercial Litigation Branch
    Civil Division
    Department of Justice
    PO Box 480
    Ben Franklin Station
    Washington, D.C.  20004
    Tel:  (202) 616-0342
    timothy.mcilmail@usdoj.gov

OF COUNSEL:

J. BRYAN WARNOCK
Trial Attorney
Commercial Litigation Branch

Attorneys for Defendant

May 6, 2014