IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| SPACE EXPLORATION<br>TECHNOLOGIES CORP., | )<br>)<br>) | |
| Plaintiff, | )<br>) | No. 14-354C<br>(Judge Braden) |
| v. | )<br>) | |
| UNITED STATES, | )<br>) | |
| Defendant, | )<br>) | |
| and | )<br>) | |
| UNITED LAUNCH SERVICES, LLC, | )<br>) | |
| Defendant-Intervenor. | ) | |

DEFENDANT'S NOTICE OF, AND
RESPONSE TO, CORRESPONDENCE WITH CHAMBERS

Defendant, the United States, respectfully provides notice that, on May 7, 2014, it received the attached correspondence from Chambers.  In response, the United States respectfully states that counsel for the United States are available to attend and participate in a hearing at 10:00am on May 8, 20014, but that the United States respectfully declines to make Bradley T. Smith, Chief Counsel (Foreign Assets Control), Office of the General Counsel, at the Department of the Treasury, available at that hearing.  In the Government's view, Mr. Smith's presence is neither appropriate nor necessary, as the materials included with the Government's May 6, 2008 motion form a sufficient basis to dissolve the preliminary injunction.

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

s/Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C. 20004
Tel:  (202) 307-0315
timothy.mcilmail@usdoj.gov

OF COUNSEL:

J. BRYAN WARNOCK
Trial Attorney
Commercial Litigation Branch

Attorneys for Defendant

May 7, 2014