| | |
|---|---|
| **From:** | Christopher_McCall@ao.uscourts.gov |
| **To:** | McIlmail, Timothy (CIV) |
| **Cc:** | jcarey@mckennalong.com; Vacura, Richard J. |
| **Subject:** | RE: SpaceX v. United States |
| **Date:** | Wednesday, May 07, 2014 5:37:24 PM |

Counsel,

The Court has received the Government's Motion to Dissolve the Preliminary Injunction and the other parties' respective responses.  I apologize for the late notice, but Judge Braden has asked me to email everyone and inquire about the feasibility of holding a hearing tomorrow morning, May 8, 2014 at 10:00 a.m. Eastern Standard Time.  The hearing would be in-person and take place at the Court of Federal Claims.  In particular, Judge Braden would like to speak with Bradley T. Smith, Chief Counsel (Foreign Assets Control), Office of the General Counsel, at the Department of the Treasury, in order to better understand the representations made in his May 6, 2014 letter regarding the Court's Preliminary Injunction.

I need to add the following caveat, however: Judge Braden's daughter is pregnant and is due tomorrow.  Therefore, there is a possibility that any hearing we schedule for tomorrow morning would need to be cancelled at the last minute.  In that event, we would conduct the hearing in the afternoon on Monday, May 12, 2014.

Again, I apologize for the indeterminacy and last minute notice.

Chris McCall

Law Clerk to the Honorable Susan G. Braden

U.S. Court of Federal Claims

717 Madison Place, N.W.

Washington, D.C. 20439

Phone: 202-357-6518; Fax: 202-357-6522

christopher_mccall@ao.uscourts.gov

| | |
|---|---|
| From: | "McIlmail, Timothy (CIV)" <Timothy.McIlmail@usdoj.gov> |
| To: | "Christopher_McCall@ao.uscourts.gov" <Christopher_McCall@ao.uscourts.gov>, |
| Cc: | "jcarey@mckennalong.com" <jcarey@mckennalong.com>, "Vacura, Richard J." <RVacura@mofo.com> |
| Date: | 05/05/2014 03:29 PM |
| Subject: | RE: SpaceX v. United States |

Thank you.

**From:** Christopher_McCall@ao.uscourts.gov [mailto:Christopher_McCall@ao.uscourts.gov]
**Sent:** Monday, May 05, 2014 3:24 PM
**To:** McIlmail, Timothy (CIV)
**Cc:** jcarey@mckennalong.com; Vacura, Richard J.
**Subject:** RE: SpaceX v. United States

Counsel,

The call will be recorded on an EDR machine and the parties will be able to request a transcript of the recorded audio file after the conference is finished.

Chris McCall
Law Clerk to the Honorable Susan G. Braden
U.S. Court of Federal Claims
717 Madison Place, N.W.
Washington, D.C. 20439
Phone: 202-357-6518; Fax: 202-357-6522
christopher_mccall@ao.uscourts.gov

| | |
|---|---|
| From: | "McIlmail, Timothy (CIV)" <Timothy.McIlmail@usdoj.gov> |
| To: | "Christopher_McCall@ao.uscourts.gov" <Christopher_McCall@ao.uscourts.gov>, "Vacura, Richard J." <RVacura@mofo.com>, |
| Cc: | "jcarey@mckennalong.com" <jcarey@mckennalong.com> |
| Date: | 05/05/2014 03:24 PM |
| Subject: | RE: SpaceX v. United States |

May the call be recorded, please?

**From:** Christopher_McCall@ao.uscourts.gov [mailto:Christopher_McCall@ao.uscourts.gov]
**Sent:** Monday, May 05, 2014 2:36 PM
**To:** Vacura, Richard J.
**Cc:** jcarey@mckennalong.com; McIlmail, Timothy (CIV)
**Subject:** RE: SpaceX v. United States

Counsel,

Thank you for your prompt responses. This email confirms our 3:30 p.m. status conference.

Chris McCall
Law Clerk to the Honorable Susan G. Braden
U.S. Court of Federal Claims
717 Madison Place, N.W.
Washington, D.C. 20439
Phone: 202-357-6518; Fax: 202-357-6522
christopher_mccall@ao.uscourts.gov

| | |
|---|---|
| From: | "Vacura, Richard J." <RVacura@mofo.com> |
| To: | "Christopher_McCall@ao.uscourts.gov" <Christopher_McCall@ao.uscourts.gov>, "McIlmail, Timothy (CIV)" <Timothy.McIlmail@usdoj.gov>, |
| Cc: | "jcarey@mckennalong.com" <jcarey@mckennalong.com> |
| Date: | 05/05/2014 02:35 PM |
| Subject: | RE: SpaceX v. United States |

Mr. McCall,

We are available for the call at 3:30.

Thank you,

Rick

**Rick Vacura** | MORRISON & FOERSTER LLP
1650 Tysons Boulevard | Suite 400 | McLean, Virginia 22102
Telephone: 703.760.7764 | Direct Fax: 703.760.7349
Mobile: 703.819.0485 | General Fax: 703.760.7777
Biography  |  V-Card
mailto:rvacura@mofo.com  |  www.mofo.com


**From:** Christopher_McCall@ao.uscourts.gov [mailto:Christopher_McCall@ao.uscourts.gov]
**Sent:** Monday, May 05, 2014 2:16 PM
**To:** McIlmail, Timothy (CIV)
**Cc:** jcarey@mckennalong.com; Vacura, Richard J.
**Subject:** Re: SpaceX v. United States

Counsel,

I apologize for the late notice, but Judge Braden would like to hold a telephone status conference **today, May 5, 2014 at 3:30 p.m**. Eastern Standard Time to discuss the Government's Motion for Clarification and other administrative matters.  Please let me know as soon as possible if you are available then.  For the telephone conference, you will dial the number and enter the access code listed below:

Phone #: 215-446-0155
Access Code: 4779231

Please let me know if you have any questions.

Chris

Chris McCall
Law Clerk to the Honorable Susan G. Braden
U.S. Court of Federal Claims
717 Madison Place, N.W.
Washington, D.C. 20439
Phone: 202-357-6518; Fax: 202-357-6522
christopher_mccall@ao.uscourts.gov


| | |
|---|---|
| From: | "McIlmail, Timothy (CIV)" <Timothy.McIlmail@usdoj.gov> |
| To: | "Christopher_McCall@ao.uscourts.gov" <Christopher_McCall@ao.uscourts.gov>, |
| Cc: | "rvacura@mofo.com" <rvacura@mofo.com>, "jcarey@mckennalong.com" <jcarey@mckennalong.com> |
| Date: | 04/30/2014 02:25 PM |
| Subject: | SpaceX |

Mr. McCall:

For today's status conference, would the Court mind also calling an Air Force attorney in California, Jason Smith, at 310-653-3222, also at 3:25pm ET?

Regards,

Tim McIlmail

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to http://www.mofo.com/Circular230/

========================== ==========================
========================== =

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail RVacura@mofo.com, and delete the message.