# In the United States Court of Federal Claims

No. 14-354 C
Filed: May 7, 2014

```
*****************************************
SPACE EXPLORATION TECHNOLOGIES       *
CORP.,                               *
                                     *
        Plaintiff,                   *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
        Defendant,                   *
and                                  *
                                     *
UNITED LAUNCH SERVICES, LLC,         *
                                     *
Defendant-Intervenor.                *
                                     *
*****************************************
```

## ORDER SCHEDULING HEARING

Pursuant to Rule 16 of the Rules of the United States Court of Federal Claims, the court hereby schedules a hearing on the Government's May 6, 2014 Motion To Dissolve Preliminary Injunction for May 8, 2014 at 10:00 a.m. Eastern Standard Time, to be held at the United States Court of Federal Claims, 717 Madison Pl., NW, Washington, DC 20439.

**IT IS SO ORDERED**.

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**