IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| UNITED STATES, | ) ) | No. 14-354C (Judge Braden) |
| Defendant, | ) ) | |
| and | ) ) | |
| UNITED LAUNCH SERVICES, LLC, | ) ) | |
| Defendant-Intervenor. | ) | |

### DEFENDANT'S NOTICE OF FILING OF OPINION LETTER

Defendant, the United States, pursuant to the Court's May 8, 2014 request, respectfully provides notice of the filing of the attached May 8, 2014 opinion letter issued by Bradley T. Smith, Chief Counsel (Foreign Assets Control), Office of the General Counsel, at the Department of the Treasury.

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

s/Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director


s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C. 20004
Tel:  (202) 307-0315
timothy.mcilmail@usdoj.gov


OF COUNSEL:

J. BRYAN WARNOCK
Trial Attorney
Commercial Litigation Branch

Attorneys for Defendant

May 8, 2014