# In the United States Court of Federal Claims

SPACE EXPLORATION
TECHNOLOGIES CORP.
       **Plaintiff**


      **v.**                          **No. 14-354 C**

THE UNITED STATES
       **Defendant**

   **and**

UNITED LAUNCH SERVICES, LLC
       **Defendant-Intervenor**


## NOTICE OF FILING OF OFFICIAL SEALED TRANSCRIPT


     Notice is hereby given that an official transcript of proceedings held **May 8, 2014,** has been filed in the above-captioned matter. The parties have seven (7) calendar days from the date of this notice to file with the court a Notice of Intent to Request Redaction of this transcript.  As this is a transcript from a sealed proceeding, the transcript will remain sealed unless the judge orders otherwise.

     Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the official court reporter, or view the document at the clerk's office public terminal. Please contact the clerk's office at (202) 357-6414 for more information.


**May 9, 2014**                    **s/ Debbie Samler**
                                   **Deputy Clerk**