IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| SPACE EXPLORATION COMPANY TECHNOLOGIES CORP.,<br><br>   Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>   Defendant,<br><br>and<br><br>UNITED LAUNCH SERVICES, LLC,<br><br>   Defendant-Intervenor. | Case No. 1:14-cv-00354-SGB<br>Judge Susan G. Braden |

DEFENDANT-INTERVENOR UNITED LAUNCH SERVICES, LLC'S
MOTION FOR LEAVE TO SUBSTITUTE COUNSEL

Pursuant to the Rules of the United States Court of Federal Claims, Rule 83.1(c)(4)(A), Defendant-Intervenor, United Launch Services, LLC, hereby seeks leave of Court permitting the withdrawal of its counsel of record, Jason A. Carey of McKenna Long & Aldridge LLP, and the appearance of substitute counsel, Michael F. Mason of Hogan Lovells US LLP.  Mr. Carey will remain Of Counsel to Defendant-Intervenor.

United Launch Services, LLC and Jason A. Carey consent to this request for withdrawal and substitution of counsel.  Additionally, counsel for Protester has indicated to Mr. Mason that there is no objection to this motion.  An Affidavit of Appointment prepared by Michael F. Mason is attached to this motion.

1

Should the Court grant this motion, United Launch Services, LLC respectfully requests that the Court enter an order reflecting this change, that all necessary changes be made to the Court's records and Electronic Case Files (ECF), and that all future communications and papers regarding this matter be addressed as follows:

>	Michael F. Mason
>	HOGAN LOVELLS
>	555 13th Street, NW
>	Washington, D.C. 20004
>	(202) 637-5499- Phone
>	(202) 637-5910- Fax
>	mike.mason@hoganlovells.com

Dated:  May 12, 2014                                  Respectfully submitted,

/s/ Jason A. Carey
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, D.C.  20006
(202) 496-7711- Phone
(202) 496-7756- Fax
jcarey@mckennalong.com

*Current Counsel of Record for
United Launch Services, LLC*

OF COUNSEL:

Thomas L. McGovern, III
C. Peter Dungan
Danielle M. Berti
Marta A. Thompson
Katherine L. Morga
HOGAN LOVELLS US LLP

Jason A. Carey
MCKENNA LONG & ALDRIDGE LLP

/s/ Michael F. Mason
Michael F. Mason
HOGAN LOVELLS US LLP
555 13th Street, NW
Washington, D.C. 20004
(202) 637-5499- Phone
(202) 637-5910- Fax
mike.mason@hoganlovells.com

*Substituted Counsel of Record for
United Launch Services, LLC*

## AFFIDAVIT OF APPOINTMENT

I, Michael F. Mason, am admitted to practice before this Court and, in compliance with Rule 83.1 of the Rules of the United States Court of Federal Claims, hereby attest that Defendant-Intervenor United Launch Services, LLC, and Jason A. Carey of McKenna Long & Aldridge LLP have concurred in filing Defendant-intervenor United Launch Services, LLC's Motion for Leave to Substitute Counsel.

Dated:     May 12, 2014                         /s/ Michael F. Mason
                                                Michael F. Mason
                                                HOGAN LOVELLS US LLP

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| SPACE EXPLORATION COMPANY TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant, <br><br> and <br><br> UNITED LAUNCH SERVICES, LLC, <br><br> Defendant-intervenor. | Case No. 1:14-cv-00354-SGB <br> Judge Susan G. Braden |

## [PROPOSED] ORDER

Having considered Defendant-Intervenor United Launch Services, LLC's Motion for Leave to Substitute Counsel, the Court hereby orders that Jason A. Carey of McKenna Long & Aldridge LLP be permitted to withdraw as counsel of record, and Michael F. Mason of Hogan Lovells US LLP may appear as substitute counsel of record for United Launch Services, LLC. The Court's records shall be updated to reflect these changes.

**IT IS SO ORDERED.**

Dated: _____, 2014
Hon. Susan G. Braden
Judge, United States Court of Federal Claims