IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>UNITED LAUNCH SERVICES, LLC,<br><br>Defendant-Intervenor. | Civil Action No. 14-354C<br><br>Judge: Braden |

**PLAINTIFF'S NOTICE REGARDING THE AMENDED COMPLAINT**

Pursuant to Rule 15(a)(1) of the Rules of the United States Court of Federal Claims, Plaintiff Space Exploration Technologies Corp. ("SpaceX") has filed its Amended Complaint. For the convenience of the Court, SpaceX identifies here the paragraph numbers that contain additional or revised allegations: 7, 44, 45, 46, 59, and 60. Heading C in the Background has also been modified.

DATED: May 19, 2014

Respectfully submitted,

*/s/ Richard J. Vacura*

Richard J. Vacura
MORRISON & FOERSTER LLP
1650 Tysons Blvd., Suite 400
McLean, VA 22102
(703) 760-7764
(703) 760-7777 (fax)
rvacura@mofo.com
*Counsel of Record for Plaintiff Space Exploration Technologies Corp.*

Of Counsel:

Pablo A. Nichols
Bradley D. Wine
Tina D. Reynolds
K. Alyse Latour
Catherine L. Chapple
MORRISON & FOERSTER LLP

3

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Plaintiff's Notice Regarding the Amended Complaint was served on the parties this 19th day of May, 2014, via the Court's electronic filing system.

                                            /s/ Pablo A. Nichols
                                            Pablo A. Nichols