# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## (BID PROTEST)

|  |  |  |
|---|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., | ) ) ) | Civil Action No. 14-354C |
| Plaintiff, | ) ) | Judge: Braden |
| v. | ) ) |  |
| THE UNITED STATES, | ) ) |  |
| Defendant, | ) ) |  |
| and | ) ) |  |
| UNITED LAUNCH SERVICES, LLC, | ) ) |  |
| Defendant-Intervenor. | ) ) |  |

## NOTICE OF FILING THE ADMINISTRATIVE RECORD

Defendant, the United States, respectfully notifies the Court that it is filing with the Court today Digital Versatile Discs (DVDs) containing the administrative record for the above-captioned case and is sending the record via overnight delivery to the parties. The record is being filed under seal, consistent with the terms of the Court's protective order. We are also sending DVDs containing the record to plaintiff's counsel and to defendant-intervenor's counsel, as indicated on the attached certificate of service.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | STUART F. DELERY<br>Assistant Attorney General |
|  | ROBERT E. KIRSCHMAN, JR.<br>Director |
|  | s/Kirk T. Manhardt<br>KIRK T. MANHARDT<br>Assistant Director |
|  | s/Timothy P. McIlmail<br>TIMOTHY P. MCILMAIL<br>Senior Trial Attorney<br>Department of Justice<br>Civil Division<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone:  (202) 307-0315<br>Email:  timothy.mcilmail@usdoj.gov |
| June 3, 2014 | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 3rd day of June, 2014, I caused to be delivered by overnight delivery DVDs containing copies of the "ADMINISTRATIVE RECORD," addressed as follows:

>RICHARD J. VACURA
>MORRISON & FOERSTER LLP
>1650 Tysons Blvd., Suite 400
>McLean, VA 22102
>(703) 760-7764
>(703) 760-7777 (fax)
>rvacura@mofo.com
>
>*Counsel of Record for Space Exploration Technologies Corp.*
>
>MICHAEL F. MASON
>HOGAN LOVELLS US LLP
>555 Thirteenth Street NW
>Washington, DC 20004
>(202) 637-5499
>(202) 637-5910 (facsimile)
>mike.mason@hoganlovells.com
>
>*Attorney of Record for United Launch Services, LLC*

s/Timothy P. McIlmail