# In the United States Court of Federal Claims

**SPACE EXPLORATION TECHNOLOGIES CORP.,**
    **Plaintiff**

**v.**                                                      **No. 14-354 C**

**THE UNITED STATES**
    **Defendant.**

## NOTICE OF FILING OF OFFICIAL SEALED TRANSCRIPT

Notice is hereby given that an official transcript of proceedings held **June 9, 2014,** has been filed in the above-captioned matter. The transcript has been filed **under seal.**

Any party needing a copy of the transcript may purchase a copy from the official court reporter. Please contact the clerk's office at (202) 357-6414 for more information.

**June 11, 2014**                                                                                    **s/ Derek Williams**
                                                                                                           **Deputy Clerk**