IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br>         Plaintiff, <br>    v. <br> THE UNITED STATES, <br>         Defendant, <br>    and <br> UNITED LAUNCH SERVICES, LLC, <br>         Defendant-Intervenor. | No. 14-354 C <br> (Judge Braden) |

## NOTICE OF SUBSTITUTION OF ATTORNEY

PLEASE TAKE NOTICE that, pursuant to Rule 83.1(c) of the Rules of the United States Court of Federal Claims, the undersigned, Alexander V. Sverdlov, hereby enters an appearance as the principal attorney of record for defendant, the United States, in place of Timothy P. McIlmail, and requests that all papers in connection with this action be served at the address below.

-2-

                              Respectfully submitted,

                              STUART F. DELERY
                              Assistant Attorney General

                              ROBERT KIRSCHMAN
                              Director

                              _s/ Kirk T. Manhardt_
                              KIRK T. MANHARDT
                              Assistant Director

                              _s/ Alexander V. Sverdlov_
                              ALEXANDER V. SVERDLOV
                              Trial Attorney
                              Commercial Litigation Branch
                              Civil Division
                              U.S. Department of Justice
                              PO Box 480
                              Ben Franklin Station
                              Washington, DC 20044
                              Tele: (202) 307-5928
                              Facs: (202) 514-8624

June 12, 2014                         Attorneys for Defendant