# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## (BID PROTEST)

|  |  |  |
|---|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP. | ) ) ) ) | Civil Action No. 14-354C |
| Plaintiff, | ) ) | Judge: Braden |
| v. | ) ) | |
| THE UNITED STATES, | ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| UNITED LAUNCH SERVICES, LLC, | ) ) | |
| Defendant-Intervenor. | ) ) | |

**UNOPPOSED MOTION TO UNSEAL THE TRANSCRIPT OF THE COURT'S JUNE 9, 2014 TELEPHONE CONFERENCE**

Plaintiff Space Exploration Technologies Corp. respectfully submits this unopposed motion to unseal the transcript of the Court's telephone conference held on June 9, 2014.  All of the parties have reviewed the transcript and agree that it contains no protected material.  Both Defendant and Defendant-Intervenor have stated that they do not oppose this motion.

DATED: June 18, 2014

Respectfully submitted,

s/ Richard J. Vacura
RICHARD J. VACURA
MORRISON & FOERSTER LLP
1650 Tysons Blvd., Suite 400
McLean, VA 22102
(703) 760-7764
(703) 760-7777 (fax)
rvacura@mofo.com

*Counsel of Record for Space Exploration Technologies Corp.*

OF COUNSEL:

Pablo A. Nichols
Bradley D. Wine
Tina D. Reynolds
Catherine L. Chapple
MORRISON & FOERSTER LLP


Robert Nichols
Brian Walsh
Jade Totman
COVINGTON & BURLING LLP

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Plaintiff's Unopposed Motion to Unseal the Transcript of the Court's June 9, 2014 Telephone Conference was served on the parties this 18th day of June, 2014, via the Court's electronic filing system.

                                            /s Richard J. Vacura
                                            Richard J. Vacura