# In the United States Court of Federal Claims

No. 14-354 C
Filed: June 27, 2014

```
*****************************************
SPACE EXPLORATION TECHNOLOGIES    *
CORP.,                            *
                                  *
        Plaintiff,                *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
        Defendant,                *
and                               *
                                  *
UNITED LAUNCH SERVICES, LLC,      *
                                  *
        Defendant-Intervenor.     *
                                  *
*****************************************
```

## ORDER UNSEALING COMPLAINT

Pursuant to the court's discussion with the parties, the Clerk's Office is directed to unseal Plaintiff's June 25, 2014 Sealed Second Amended Complaint (Dkt. No. 73).

**IT IS SO ORDERED**.

                                                  s/ Susan G. Braden
                                                  **SUSAN G. BRADEN**
                                                  **Judge**