## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
### BID PROTEST

_____
                                        )
SPACE EXPLORATION                       )
TECHNOLOGIES CORP.,                     )
                    Plaintiff,          )
        v.                              )        No. 14-354 C
                                        )        (Judge Braden)
THE UNITED STATES,                      )
                    Defendant,          )
        and                             )
                                        )
UNITED LAUNCH SERVICES,                 )
LLC,                                    )
            Defendant-Intervenor.       )
_____        )

### APPENDIX IN SUPPORT OF DEFENDANT'S
### MOTION TO DISMISS PORTIONS OF PLAINTIFF'S
### COMPLAINT RELATED TO CONTRACT NO. FA8811-13-C-0003

STUART F. DELERY
Assistant Attorney General

ROBERT KIRSCHMAN
Director

KIRK T. MANHARDT
Assistant Director

OF COUNSEL:

JEFFREY P. HILDEBRANT
Trial Attorney
Federal Courts Branch
U.S. Air Force Commercial Law
  and Litigation Directorate

ALEXANDER V. SVERDLOV
MATTHEW ANDRADE
DEVIN WOLAK
Trial Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
PO Box 480
Ben Franklin Station
Washington, DC 20044
Tele: (202) 307-5928
Facs: (202) 514-8624

June 30, 2014

Attorneys for Defendant

## TABLE OF CONTENTS

DECLARATION OF TRACY E. STROUD ................................................................................... A

DECLARATION OF ARNOLD NOWINSKI .............................................................................. B

# APPENDIX  A

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| SPACE EXPLORATION<br>TECHNOLOGIES CORP.,<br><br>          Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>          Defendant,<br><br>     and<br><br>UNITED LAUNCH SERVICES,<br>LLC,<br><br>          Defendant-Intervenor. | No. 14-354 C<br>(Judge Braden) |

**DECLARATION OF TRACY E. STROUD**

I, Tracy E. Stroud, make the following declaration in lieu of an affidavit, as permitted by Section 1746 of Title 28 of the United States Code. I am aware that this declaration will be filed with the United States Court of Federal Claims and that it is the legal equivalent of a statement under oath. This declaration is provided for the limited purpose of supporting the Government's "Motion To Dismiss Portions Of Plaintiff's Complaint Related To Contract No. FA8811-13-C-0003."

1.  I am a Procurement Contracting Officer (PCO) in the Launch Systems Directorate (LR), Space and Missiles Systems Center (SMC) located at Los Angeles Air Force Base in El Segundo, CA. I have been a PCO supporting LR for over three years, from approximately March 2011 to the present. I was granted an unlimited contracting officer's warrant on November 9, 2009 and have been a contracting officer at SMC for over four-and-a-half years. I have supported SMC major acquisition programs for nearly nine years.

2.      Among my responsibilities, I was involved with the Evolved Expendable Launch Vehicle

(EELV) program.  Specifically, I was the PCO for the procurement that lead to contract no.

FA8811-13-C-0003—the sole-source acquisition from United Launch Services, LLC (ULS)

(referred to as the "EELV Phase I Buy").  I served as the PCO for all phases of this procurement,

from the initial acquisition strategy stage, to the development and release of the sole-source

request for proposal (RFP) (referred to as the "March 2012 Sole-Source, Phase I Buy RFP"),

through negotiations and final contract award of the contract.

3.      In my capacity as a PCO in LR, I also worked with the New Entrant Launch Provider

Certification Team (also known as the "New Entrant Team") for a short period between the

Spring of 2011 and the Spring of 2012.  The New Entrant Team was a group that worked with

companies seeking to compete for EELV procurements (those companies were known as "New

Entrants").  One of the purposes of the New Entrant Team was to help those companies navigate

the New Entrant Certification Guide, which outlined the certification process that companies

would have to go through in order to be certified to compete.  Space Exploration Technologies

Corporation (SpaceX) was one of the companies that expressed interest to become certified so

that it could participate in future procurements for EELV.

4.      I assisted the New Entrant Team by providing guidance related to constructing a New Entrant

Data Library—a secure, central repository for all relevant launch documents, including those

subject to International Traffic in Arms Regulations (ITAR), that New Entrants could require to

assist them with the launch vehicle certification process.  Potential New Entrants would request

access and after the New Entrant Team verified the capability of the provider to receive ITAR

controlled data, access to the site and data it contained was granted.  A representative from

-2-

SpaceX, Mr. Marv Vander Weg, was granted access to the New Entrant Data Library on November 8, 2011.

5.    The Sole-Source, Phase I Buy RFP was released to ULS on March 23, 2012. The RFP was presented as a four-page cover letter with accompanying attachments. The cover letter described the Air Force's requirements and  what was  required in the requested proposal in general terms while the attachments provided the detailed RFP information. A copy of the transmittal letter is included as Exhibit 1 to this declaration.

6.    Specifically, The RFP sought space launch services to satisfy EELV-class National Security Space launch requirements. The services requested included two main categories of effort; launch vehicle production services (LVPS) which consists of the production of  launch vehicles—made up of "cores," meaning the first stage of the rocket that includes the engine, fuel tanks, and the remaining assembly, which together provides the initial thrust to launch the rocket—and the launch capability to launch the vehicles and payloads into space. Most payloads can be carried by one core; however, heavier payloads may require more than one core per launch. The RFP requested that ULS provide a proposal for launch capability contract line item numbers (CLINs) within 60 days, and a proposal for LVPS within 90 days.

7.    At the time the RFP was released, I was also coordinating with the New Entrant Team, regarding posting the referenced RFP (cover letter and accompanying attachments) on the New Entrant Data Library so that it could be accessed by companies participating in the new entrant program for their reference, including SpaceX. My primary contact on the New Entrant Team for this matter was Mr. Arnold Nowinski and Lieutenant Colonel Tobin Cavallari.

8.    Prior to providing the RFP to Mr. Nowinski and Lt Col Cavallari with instructions to post the RFP on the New Entrant Data Library, I worked with the program office to ensure any ULS-

-3-

proprietary or Government-sensitive information was redacted from the RFP prior to posting it. Minimal sensitive information was redacted from (1) the DD Form 254; (2) Contract Data Delivery List (CDRL) 1423 forms; (2) and the Government Pricing Ground Rules.  No information was redacted from the four-page cover letter.

9.   On April 13, 2012, I indicated to Mr. Nowinski and Lt Col Cavallari that the redacted version of the March 2012 Sole-Source, Phase I Buy RFP could be posted to the New Entrant Data Library. The documents included the four-page cover letter (reproduced as Exhibit 1 to this declaration) as well as the accompanying attachments.

10.   I confirmed with Mr. Nowinski and Lt Col Cavallari that the RFP and attachments were successfully posted to the website and that a notice was posted to the website's main page announcing the addition of new documents and their location.

11.   By nature of the way that the site operated, all individuals who were granted access to the site— including representatives of SpaceX—could access the documents immediately upon posting.

12.   At no point did I receive any objections from SpaceX or its representatives to the referenced RFP or a statement of capability in response to the RFP.  I was not aware of any other protest by SpaceX to the Phase I Buy acquisition until April 25, 2014, when I received a copy of SpaceX's pre-filing notification in this matter.


Tracy E. Stroud
Procurement Contracting Officer
Launch Systems Directorate
Space and Missiles Systems Center
Los Angeles Air Force Base
El Segundo, CA

Dated: June 27 2014

# Exhibit 1



**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS SPACE AND MISSILE SYSTEMS CETNER (AFSPC)
LOS ANGELES AIR FORCE BASE, CALIFORNIA

LR-ELV-12-0001
23 March 2012

MEMORANDUM FOR UNITED LAUNCH SERVICES (ULS) LLC
                ATTN: BLAKE FOOS
                9501 E PANORAMA CIRCLE
                CENTENNIAL CO  80112-3401

FROM:  SMC/LRK
          483 North Aviation Blvd
          Los Angeles AFB
          El Segundo, CA 90245

SUBJECT:  Contract FA8811-12-C-0002, Evolved Expendable Launch Vehicle (EELV) Government
                Fiscal Year (GFY) 2013 Phase I Buy, Request for Proposal (RFP)

1.  The contractor shall submit a proposal for the EELV GFY13 Phase I Buy contract. This proposal will provide for the space launch services necessary to satisfy EELV-class National Security Space (NSS) launch requirements. The services requested include, but are not limited to, the following: Early Mission Integration Studies; Mission-unique Launch Vehicle (LV) Services; LV Production Services; Launch Capability; Government Independent Mission Assurance and Launch Site Operations; Program Management; Systems Engineering; Mission Integration; Base and Range Support Services; Mission-specific Commodities; General Special Studies; and Government Directed Development Activities. The proposal to be submitted in response to this RFP shall be provided in two parts.  Part I, The Proposal, shall be submitted as requested consistent with the instructions and draft documents provided in Attachment 1.   Part II, Government Decision Support Data, shall be submitted as requested by the instructions in Attachment 2.  The proposal in response to this RFP shall be submitted no later than **60 days from receipt of this RFP for the Launch Capability (and associated CLINs) and 90 days from receipt of this RFP for the Launch Vehicle Production Services.**

2.  **Part I**.  The proposal shall be submitted as defined by Attachment 1 and the documents included therein. For LV Production Services pricing purposes, the contractor shall assume a five-year annual ordering period to begin at award anticipated in GFY 2013 through GFY 2017 at a rate of eight (8) LV Cores per GFY as defined in Attachment 1.  Subject to appropriations and the terms and conditions cited in Special Contract Requirement (SCR) H-0003-LAUNCH VEHICLE PRODUCTION SERVICES ORDERING PROCEDURES to the model contract, orders for LV Cores will be ordered by executing contract modifications defining the configuration of the LV Production Services ordered for each GFY.  The reference to configurations A through H in the model contract (CLINs 1300-1370) is for illustrative purposes only and does not represent guaranteed orders. Other services such as Launch Capability Services, Mission Integration, and Base and Range Support Services will be proposed as a basic one-year period to begin in GFY 2013 with six annual options to be exercised by the Government through the end of GFY 2019. Special studies and unique effort such as Early Mission Integration Studies and General Special Studies will not be priced as part of the proposal but will be

separately priced in accordance with SCRs H-0004 - EARLY MISSION INTEGRATION STUDIES, H-0005 – GENERAL SPECIAL STUDIES of the model contract and ordered on an as-required basis. Pricing for Government-Directed Development Activities and Mission-Unique Launch Vehicle Services will be obtained on an as-needed basis via a separate RFP Letter during performance of the resultant contract, issued when requirements are defined. In addition to preparing a proposal in response to this RFP and the PWS, Part I of the proposal shall include the following:

a. A proposal prepared in accordance with Federal Acquisition Regulation (FAR) 15.408, Table 15-2, "Instructions for Submitting Cost/Price Proposals when Cost or Pricing Data are Required." It is noted that the Government is requesting a proposal to address an unknown quantity of launch vehicles in various configurations to be ordered over a five year period. To aid in the pricing of this proposal the Government has provided a "Reference Configuration Matrix" (Attachment 1.d.) of anticipated configurations. As outlined above in paragraph 2a., it is understood and agreed that the contractor will respond with cost or pricing data based on a quantity of eight (8) Launch Vehicle Cores to support Launch Vehicle Production Services over a five-year period and intends to use cost or pricing data or other than cost or pricing data, as appropriate, to estimate other variations of quantity and configurations over time up to the five-year ordering period.

b. Exceptions to Terms and Conditions. The contractor shall submit a proposal in full compliance with the requirements of this RFP. However, should the contractor take exception to any of the terms and conditions in the model contract or its exhibits/attachments, the contractor must redline the document and provide proposed language. In addition, the contractor must provide sufficient rationale for each exception to explain why the exception is considered necessary. If the redlines are other than administrative and affect the pricing arrangement, the contractor may submit a separate proposal and cost impacts.

c. Completions.

(1) The contractor shall (1) furnish the completed checklist as part of the proposal submission as required by Air Force FAR Supplement (AFFARS) Mandatory Procedure (MP) 5315.4, Contract Pricing and (2) flow the checklist down to major subcontractors (>$700,000 where cost analysis is required and specifically those that will require Government assist audits) and require them to submit a completed checklist with their proposal(s).

(2) The contractor must submit and/or complete the following attachments to the model contract in addition to providing the model contract with "TBN" data populated:

(a) Attachment 4: Mission Success Performance Incentive - Provide rationale for the proposed amounts in separate document as part of the proposal submission. The rationale shall include calculations, as applicable.

(b) Attachment 6: Government Furnished Property (GFP). The contractor is responsible for coordinating the use of any Government property needed in the performance of this contract.

(c) Attachment 7: Subcontracting Plan for Small and Small Disadvantaged Business Concerns - The contractor shall submit a Small Business Subcontracting Plan in accordance with FAR 52.219-9 including information required in paragraphs (d) (1) through (d) (11) of that clause. In addition to the content requirements specified in 52.219-9, the plan shall reflect and include the following:

1. The minimum small business participation requirement is 23% expressed in terms of total contract value.

2. Minimum small business participation goals for small business subcategories:

     Small Disadvantaged Business: 5%

     Woman Owned Small Business: 5%

     HBC&U: 3%

     SDVO Small Business: 3%

     HUB Zone Small Business: 5%

3. A description and dollar amount of the planned use of Alaska Native Corporations, Indian tribes, Historically Black Colleges and Universities/Minority Institutes and Ability One (formerly Javits-Wagner-O'Day) organizations that will be included in the small disadvantaged business and small business goals/dollars proposed.

4. A description of the process the contractor will use to ensure timely and accurate small business subcontract reporting in the Electronic Subcontracting Reporting System (eSRS) for all tiers of subcontracting in accordance with 52.219-9.

(d) Attachment 9: Specially Negotiated Licenses and Technical Data Rights. Provide a document listing other then unlimited rights for licenses and technical data to be delivered under the resultant contract. Ensure traceability to the required deliverables of this contract as outlined in the DD 1423s, Contract Data Requirement Lists (CDRLs), of the model contract.

(e) Attachment 10: Variation in Quantity and Configuration (VIQ&C) Pricing Matrix. The tables must be completed with supporting data in a separate cover as required by these instructions and FAR 15.408, Table 15-2, "Instructions for Submitting Cost/Price Proposals when Cost or Pricing Data are Required."

3. **Part II.** The Government Decision Support Data shall be submitted as defined in Attachment 2. The pricing decision data will be used by the Government to identify and establish a definitive quantity for the ordering of LV Cores (total ordering period and quantities per year). The Government Decision Support Data shall rely on the same certifiable cost or pricing data obtained and/or used to support the proposal submitted in accordance with paragraph 2 of this letter.

4. Submission of the contractor's cost models in working MS-Excel 2007 format tabulated in total and by CLINs. The Excel files must have working formulas and be unprotected.

5. Submit three (3) hard copies and two (2) soft copy (CD-ROM or DVD) of the complete proposal to Tracy Stroud, Launch Contracting Officer, 483 N. Aviation Blvd., El Segundo, CA 90245-2808. Also, provide one (1) CD-ROM and working copy to DCMA Lockheed Martin Denver, Attn: MAJ David Bigelow, Administrative Contracting Officer, 8156 South Wadsworth Blvd, Unit E, PMB 350, Littleton CO 80235. Provide one (1) CD-ROM and working copy to DCAA, Rocky Mountain Branch Office, Attn: Allen Jones, DCAA Supervisory Auditor, 10375 Park Meadows Drive, Suite 580. Littleton CO 80124-6791. For major subcontracts exceeding the parameters set forth in FAR 15.404-3, ensure that the Government Point of Contact(s) (POC) receives both sanitized and unsanitized proposals no later than the due date indicated in paragraph 1. In order to expedite the timeline to negotiations, it is highly recommended that you submit any unsanitized subcontract proposals in advance of the final proposal submission. The contractor is responsible for complying with the

requirements of FAR 15.404-3 and must ensure that these proposals have been submitted as required herein.

6. The proposal and all major subcontract proposals shall remain valid for no less than 180 calendar days from prime contractor proposal submission. Exceptions to this requirement must be authorized by the PCO.

7. The contractor is hereby notified that expenses associated with the preparation of this proposal are not a requirement of the EELV Launch Capability (ELC) Bridge contract (FA8811-11-C-0002) or any other Government contract. As such the direct charge of these expenses to a Government contract is not considered allowable per FAR 31.201-2. Proposal prep for new work shall only be charged against contractor overhead.

8. This request for a proposal is not direction to proceed with the effort, nor a promise of future direction to proceed with the effort. If and when the Government deems the effort necessary, and after reaching a negotiated settlement on estimated cost, fee, terms and conditions, a Contracting Officer will formally direct you to accomplish the effort. In the event that a contractual action is never issued for the subject requirements, all work performed or expenses incurred shall be at the contractor's own risk.

9. In accordance Air Force FAR Supplement (AFFARS) Mandatory Procedure (MP) 5315.4, Contract Pricing, a proposal kick-off meeting will be scheduled as soon as practicable. The mandatory kick-off meeting is tentatively scheduled for the week of 2 April 2012. Major subcontractors having a significant role in the award are encouraged to attend. In order to avoid delays to the contract award timeline, the contractor is encouraged to ask questions and discuss assumptions with the Government POCs identified below early in the proposal preparation process. However, if the clarifications provided by the POCs are inconsistent with any direction provided in this letter, do not act on the clarification and contact the Contracting Officer immediately.

10. Refer technical questions to LtCol Tobin Cavallari at (310) 653-3353 or Tobin.Cavallari@losangeles.af.mil. Refer contractual questions to Ms. Tracy Stroud at (310) 653-1967 or Tracy.Stroud@losangeles.af.mil.

TRACY E. STROUD
Contracting Officer
Launch Systems Directorate

2 Attachments:
1. Proposal Instructions/Documents
      1.a. Air Force Proposal Adequacy Checklist (AFPAC)
      1.b. Solicitation Provisions
      1.c. Variation in Quantity & Configuration (VIQ&C) Tables–Pricing Instructions
      1.d. Reference Configuration Matrix
      1.e. Model Contract, including attachments
      1.f. Government Pricing Ground Rules
2. Government Decision Support Data Instructions

cc:     DCMA (Littleton CO) MAJ David Bigelow

# APPENDIX  B

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br>and<br><br>UNITED LAUNCH SERVICES, LLC,<br><br>Defendant-Intervenor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 14-354 C<br>     (Judge Braden) |

## DECLARATION OF ARNOLD NOWINSKI

I, Arnold Nowinski, make the following declaration in lieu of an affidavit, as permitted by Section 1746 of Title 28 of the United States Code. I am aware that this declaration will be filed with the United States Court of Federal Claims and that it is the legal equivalent of a statement under oath. This declaration is provided for the limited purpose of supporting the Government's "Motion To Dismiss Portions Of Plaintiff's Complaint Related To Contract No. FA8811-13-C-0003."

1. I am a Government contractor with ManTech International Corp. As part of my job, I serve as the New Entrant Team Lead supporting the New Entrant Certification Team (NECT) at the Launch Program Office (LR) at the Space and Missile Systems Center (SMC) at Los Angeles Air Force Base in El Segundo, CA. I have been the New Entrant Certification Team Lead for over three years (from March 2011 to the present).

2.    In my role as a member of the New Entrant Certification Team, I supported the
      development of the Air Force's technical certification process that would allow New
      Entrants to compete for upcoming National Security Space (NSS) Evolved Expendable
      Launch Vehicle (EELV) missions. I also worked with representatives from New Entrant
      companies to help those companies complete the technical certification process.

3.    As part of that work, I was in regular contact with representatives from Space
      Exploration Technologies Corporation (SpaceX). In particular, I had regular
      communications with Michael Green (SpaceX Certification Lead) and John Muratore
      (SpaceX Certification). I had occasional communications with Marv Vander Weg
      (SpaceX EELV Vice President).

4.    I also assisted the Air Force in constructing and hosting a New Entrant Data Library that
      contained documents such as the New Entrant Certification Guide (NECG). This web
      site contained documents that a New Entrant company would need to begin the process of
      technically certifying their launch vehicle system.   Potential New Entrants would
      typically request access to this site; access was typically granted after the New Entrant
      Certification Team verified the capability of the provider to receive data subject to
      International Traffic in Arms Regulations.

5.    The New Entrant Certification Team granted Mr. Marv Vander Weg access to the New
      Entrant Data Library on November 8, 2011. Later, access was granted to other
      representatives from SpaceX: Mr. Michael Green, Mr. John Muratore, and  Mr. Kyle
      Yang.

6.    On April 13, 2012, I received a redacted version of the United Launch Alliance (ULA)
      Request for Proposal (RFP) from Lieutenant Colonel Tobin Cavallari and Ms. Tracy

Stroud.  A copy of this redacted RFP is reproduced as Exhibit 1 to this affidavit.  Ms. Stroud instructed me to post the redacted RFP to the New Entrant Data Library.  Pursuant to her instructions, I posted the RFP to the website that evening and posted a notice on the website's main page announcing that the files were posted and indicating where they could be located.

7.   A screenshot of the New Entrant Data Library, that I took on May 2, 2014, shows all the documents that were posted to the website on April 13, 2012.  This screenshot is reproduced as Exhibit 2 to this affidavit.

8.   At no point did I receive any objections from SpaceX or its representatives to the RFP, nor was I aware of any other protest by SpaceX to the RFP until Apr 25, 2014, when SpaceX announced its intention to file a lawsuit in the United States Court of Federal Claims.

Arnold Nowinski
ManTech SE&I New Entrant Lead
SMC/LREE

Dated:   26 JUN 14

-3-

# Exhibit 1



**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS SPACE AND MISSILE SYSTEMS CETNER (AFSPC)
LOS ANGELES AIR FORCE BASE, CALIFORNIA

LR-ELV-12-0001
23 March 2012

MEMORANDUM FOR UNITED LAUNCH SERVICES (ULS) LLC
                    ATTN: BLAKE FOOS
                    9501 E PANORAMA CIRCLE
                    CENTENNIAL CO  80112-3401

FROM:   SMC/LRK
        483 North Aviation Blvd
        Los Angeles AFB
        El Segundo, CA 90245

SUBJECT:   Contract FA8811-12-C-0002, Evolved Expendable Launch Vehicle (EELV) Government
           Fiscal Year (GFY) 2013 Phase I Buy, Request for Proposal (RFP)

1.  The contractor shall submit a proposal for the EELV GFY13 Phase I Buy contract. This proposal
will provide for the space launch services necessary to satisfy EELV-class National Security Space
(NSS) launch requirements. The services requested include, but are not limited to, the following: Early
Mission Integration Studies; Mission-unique Launch Vehicle (LV) Services; LV Production Services;
Launch Capability; Government Independent Mission Assurance and Launch Site Operations;
Program Management; Systems Engineering; Mission Integration; Base and Range Support Services;
Mission-specific Commodities; General Special Studies; and Government Directed Development
Activities. The proposal to be submitted in response to this RFP shall be provided in two parts.  Part I,
The Proposal, shall be submitted as requested consistent with the instructions and draft documents
provided in Attachment 1.    Part II, Government Decision Support Data, shall be submitted as
requested by the instructions in Attachment 2.  The proposal in response to this RFP shall be submitted
no later than **60 days from receipt of this RFP for the Launch Capability (and associated CLINs)
and 90 days from receipt of this RFP for the Launch Vehicle Production Services**.

2.  **Part I**.  The proposal shall be submitted as defined by Attachment 1 and the documents included
therein. For LV Production Services pricing purposes, the contractor shall assume a five-year annual
ordering period to begin at award anticipated in GFY 2013 through GFY 2017 at a rate of eight (8) LV
Cores per GFY as defined in Attachment 1.  Subject to appropriations and the terms and conditions
cited in Special Contract Requirement (SCR) H-0003-LAUNCH VEHICLE PRODUCTION
SERVICES ORDERING PROCEDURES to the model contract, orders for LV Cores will be ordered
by executing contract modifications defining the configuration of the LV Production Services ordered
for each GFY.  The reference to configurations A through H in the model contract (CLINs 1300-1370)
is for illustrative purposes only and does not represent guaranteed orders. Other services such as
Launch Capability Services, Mission Integration, and Base and Range Support Services will be
proposed as a basic one-year period to begin in GFY 2013 with six annual options to be exercised by
the Government through the end of GFY 2019. Special studies and unique effort such as Early Mission
Integration Studies and General Special Studies will not be priced as part of the proposal but will be

separately priced in accordance with SCRs H-0004 - EARLY MISSION INTEGRATION STUDIES, H-0005 – GENERAL SPECIAL STUDIES of the model contract and ordered on an as-required basis. Pricing for Government-Directed Development Activities and Mission-Unique Launch Vehicle Services will be obtained on an as-needed basis via a separate RFP Letter during performance of the resultant contract, issued when requirements are defined. In addition to preparing a proposal in response to this RFP and the PWS, Part I of the proposal shall include the following:

a.  A proposal prepared in accordance with Federal Acquisition Regulation (FAR) 15.408, Table 15-2, "Instructions for Submitting Cost/Price Proposals when Cost or Pricing Data are Required." It is noted that the Government is requesting a proposal to address an unknown quantity of launch vehicles in various configurations to be ordered over a five year period. To aid in the pricing of this proposal the Government has provided a "Reference Configuration Matrix" (Attachment 1.d.) of anticipated configurations. As outlined above in paragraph 2a., it is understood and agreed that the contractor will respond with cost or pricing data based on a quantity of eight (8) Launch Vehicle Cores to support Launch Vehicle Production Services over a five-year period and intends to use cost or pricing data or other than cost or pricing data, as appropriate, to estimate other variations of quantity and configurations over time up to the five-year ordering period.

b.  Exceptions to Terms and Conditions. The contractor shall submit a proposal in full compliance with the requirements of this RFP. However, should the contractor take exception to any of the terms and conditions in the model contract or its exhibits/attachments, the contractor must redline the document and provide proposed language. In addition, the contractor must provide sufficient rationale for each exception to explain why the exception is considered necessary. If the redlines are other than administrative and affect the pricing arrangement, the contractor may submit a separate proposal and cost impacts.

c.  Completions.

(1)  The contractor shall (1) furnish the completed checklist as part of the proposal submission as required by Air Force FAR Supplement (AFFARS) Mandatory Procedure (MP) 5315.4, Contract Pricing and (2) flow the checklist down to major subcontractors (>$700,000 where cost analysis is required and specifically those that will require Government assist audits) and require them to submit a completed checklist with their proposal(s).

(2)  The contractor must submit and/or complete the following attachments to the model contract in addition to providing the model contract with "TBN" data populated:

(a)  Attachment 4: Mission Success Performance Incentive - Provide rationale for the proposed amounts in separate document as part of the proposal submission. The rationale shall include calculations, as applicable.

(b)  Attachment 6: Government Furnished Property (GFP). The contractor is responsible for coordinating the use of any Government property needed in the performance of this contract.

(c)  Attachment 7: Subcontracting Plan for Small and Small Disadvantaged Business Concerns - The contractor shall submit a Small Business Subcontracting Plan in accordance with FAR 52.219-9 including information required in paragraphs (d) (1) through (d) (11) of that clause. In addition to the content requirements specified in 52.219-9, the plan shall reflect and include the following:

1. The minimum small business participation requirement is 23% expressed in terms of total contract value.

2. Minimum small business participation goals for small business subcategories:

   Small Disadvantaged Business: 5%

   Woman Owned Small Business: 5%

   HBC&U: 3%

   SDVO Small Business: 3%

   HUB Zone Small Business: 5%

3. A description and dollar amount of the planned use of Alaska Native Corporations, Indian tribes, Historically Black Colleges and Universities/Minority Institutes and Ability One (formerly Javits-Wagner-O'Day) organizations that will be included in the small disadvantaged business and small business goals/dollars proposed.

4. A description of the process the contractor will use to ensure timely and accurate small business subcontract reporting in the Electronic Subcontracting Reporting System (eSRS) for all tiers of subcontracting in accordance with 52.219-9.

(d) Attachment 9: Specially Negotiated Licenses and Technical Data Rights. Provide a document listing other then unlimited rights for licenses and technical data to be delivered under the resultant contract. Ensure traceability to the required deliverables of this contract as outlined in the DD 1423s, Contract Data Requirement Lists (CDRLs), of the model contract.

(e) Attachment 10: Variation in Quantity and Configuration (VIQ&C) Pricing Matrix. The tables must be completed with supporting data in a separate cover as required by these instructions and FAR 15.408, Table 15-2, "Instructions for Submitting Cost/Price Proposals when Cost or Pricing Data are Required."

3. **Part II.** The Government Decision Support Data shall be submitted as defined in Attachment 2. The pricing decision data will be used by the Government to identify and establish a definitive quantity for the ordering of LV Cores (total ordering period and quantities per year). The Government Decision Support Data shall rely on the same certifiable cost or pricing data obtained and/or used to support the proposal submitted in accordance with paragraph 2 of this letter.

4. Submission of the contractor's cost models in working MS-Excel 2007 format tabulated in total and by CLINs. The Excel files must have working formulas and be unprotected.

5. Submit three (3) hard copies and two (2) soft copy (CD-ROM or DVD) of the complete proposal to Tracy Stroud, Launch Contracting Officer, 483 N. Aviation Blvd., El Segundo, CA 90245-2808. Also, provide one (1) CD-ROM and working copy to DCMA Lockheed Martin Denver, Attn: MAJ David Bigelow, Administrative Contracting Officer, 8156 South Wadsworth Blvd, Unit E, PMB 350, Littleton CO 80235. Provide one (1) CD-ROM and working copy to DCAA, Rocky Mountain Branch Office, Attn: Allen Jones, DCAA Supervisory Auditor, 10375 Park Meadows Drive, Suite 580. Littleton CO 80124-6791. For major subcontracts exceeding the parameters set forth in FAR 15.404-3, ensure that the Government Point of Contact(s) (POC) receives both sanitized and unsanitized proposals no later than the due date indicated in paragraph 1. In order to expedite the timeline to negotiations, it is highly recommended that you submit any unsanitized subcontract proposals in advance of the final proposal submission. The contractor is responsible for complying with the

requirements of FAR 15.404-3 and must ensure that these proposals have been submitted as required herein.

6. The proposal and all major subcontract proposals shall remain valid for no less than 180 calendar days from prime contractor proposal submission. Exceptions to this requirement must be authorized by the PCO.

7. The contractor is hereby notified that expenses associated with the preparation of this proposal are not a requirement of the EELV Launch Capability (ELC) Bridge contract (FA8811-11-C-0002) or any other Government contract. As such the direct charge of these expenses to a Government contract is not considered allowable per FAR 31.201-2. Proposal prep for new work shall only be charged against contractor overhead.

8. This request for a proposal is not direction to proceed with the effort, nor a promise of future direction to proceed with the effort. If and when the Government deems the effort necessary, and after reaching a negotiated settlement on estimated cost, fee, terms and conditions, a Contracting Officer will formally direct you to accomplish the effort. In the event that a contractual action is never issued for the subject requirements, all work performed or expenses incurred shall be at the contractor's own risk.

9. In accordance Air Force FAR Supplement (AFFARS) Mandatory Procedure (MP) 5315.4, Contract Pricing, a proposal kick-off meeting will be scheduled as soon as practicable. The mandatory kick-off meeting is tentatively scheduled for the week of 2 April 2012. Major subcontractors having a significant role in the award are encouraged to attend. In order to avoid delays to the contract award timeline, the contractor is encouraged to ask questions and discuss assumptions with the Government POCs identified below early in the proposal preparation process. However, if the clarifications provided by the POCs are inconsistent with any direction provided in this letter, do not act on the clarification and contact the Contracting Officer immediately.

10. Refer technical questions to LtCol Tobin Cavallari at (310) 653-3353 or Tobin.Cavallari@losangeles.af.mil. Refer contractual questions to Ms. Tracy Stroud at (310) 653-1967 or Tracy.Stroud@losangeles.af.mil.

TRACY E. STROUD
Contracting Officer
Launch Systems Directorate

2 Attachments:
1. Proposal Instructions/Documents
      1.a. Air Force Proposal Adequacy Checklist (AFPAC)
      1.b. Solicitation Provisions
      1.c. Variation in Quantity & Configuration (VIQ&C) Tables–Pricing Instructions
      1.d. Reference Configuration Matrix
      1.e. Model Contract, including attachments
      1.f. Government Pricing Ground Rules
2. Government Decision Support Data Instructions

cc:     DCMA (Littleton CO) MAJ David Bigelow

# Exhibit 2

