IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| SPACE EXPLORATION COMPANY TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant, <br><br> and <br><br> UNITED LAUNCH SERVICES, LLC, <br><br> Defendant-Intervenor. | Case No. 1:14-cv-00354-SGB <br> Judge Susan G. Braden |

## NOTICE OF APPEARANCE

To the Clerk of the Court:

    Please enter the appearance of Charles J. Cooper, Michael W. Kirk, and Howard C. Nielson, Jr., as Of Counsel for defendant-intervenor in the above-referenced action.

                              Charles J. Cooper
                              Michael W. Kirk
                              Howard C. Nielson, Jr.
                              1523 New Hampshire Avenue, N.W.
                              Washington, D.C. 20036
                              Telephone: (202) 220-9600
                              Fax: (202) 220-9601

Dated: July 25, 2014                                       Respectfully submitted,

                                                                       s/Charles Cooper
                                                                       Charles Cooper
                                                                       1523 New Hampshire Avenue, N.W.
                                                                       Washington, D.C. 20036
                                                                       Telephone: (202) 220-9600
                                                                       Fax: (202) 220-9601