IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| SPACE EXPLORATION COMPANY TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant, <br><br> and <br><br> UNITED LAUNCH SERVICES, LLC, <br><br> Defendant-Intervenor. | Case No. 1:14-cv-00354-SGB <br> Judge Susan G. Braden |

DEFENDANT-INTERVENOR UNITED LAUNCH SERVICES, LLC'S
MOTION FOR LEAVE TO SUBSTITUTE COUNSEL

Pursuant to Rule 83.1(c)(4)(A) of the United States Court of Federal Claims, Defendant-Intervenor United Launch Services, LLC hereby seeks leave of Court permitting the withdrawal of its counsel of record, Michael F. Mason of Hogan Lovells US LLP, and the appearance of substitute counsel, Charles J. Cooper of Cooper & Kirk, PLLC.  Mr. Mason will remain Of Counsel to Defendant-Intervenor.

United Launch Services, LLC and Michael F. Mason consent to this request for withdrawal and substitution of counsel.  An Affidavit of Appointment prepared by Charles J. Cooper is attached to this motion.

Should the Court grant this motion, United Launch Services, LLC respectfully requests that the Court enter an order reflecting this change, that all necessary changes be made to the

1

Court's records and Electronic Case Files (ECF), and that all future communications and papers regarding this matter be addressed as follows:

> Charles J. Cooper
> COOPER & KIRK, PLLC
> 1523 New Hampshire Avenue, N.W.
> Washington, D.C. 20036
> (202) 220-9600
> (202) 220-9601 (Fax)
> ccooper@cooperkirk.com

Dated:  July 25, 2014                                    Respectfully submitted,

                                                         s/ Michael F. Mason
                                                         HOGAN LOVELLS US LLP
                                                         555 13th Street, N.W.
                                                         Washington, D.C.  20004
                                                         (202) 637-5499
                                                         (202) 637-5910 (Fax)
                                                         mike.mason@hoganlovells.com

                                                         *Current Counsel of Record for*
                                                         *United Launch Services, LLC*

OF COUNSEL:
                                                         s/ Charles J. Cooper
Michael W. Kirk                                          Charles J. Cooper
Howard C. Nielson, Jr.                                   COOPER & KIRK, PLLC
COOPER & KIRK, PLLC                                      1523 New Hampshire Avenue, N.W.
                                                         Washington, D.C. 20036
                                                         (202) 220-9600
                                                         (202) 220-9601 (Fax)
Michael F. Mason                                         ccooper@cooperkirk.com
HOGAN LOVELLS US LLP
                                                         *Substituted Counsel of Record for*
Jason A. Carey                                           *United Launch Services, LLC*
MCKENNA LONG & ALDRIDGE LLP

2

## AFFIDAVIT OF APPOINTMENT

I, Charles J. Cooper, am admitted to practice before this Court and, in compliance with Rule 83.1 of the United States Court of Federal Claims, hereby attest that Defendant-Intervenor United Launch Services, LLC and Michael F. Mason of Hogan Lovells US LLP have concurred in filing Defendant-Intervenor United Launch Services, LLC's Motion for Leave to Substitute Counsel.

Dated:    July 25, 2014                                s/ Charles J. Cooper
                                                       Charles J. Cooper
                                                       COOPER & KIRK, PLLC

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| SPACE EXPLORATION COMPANY TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant, <br><br> and <br><br> UNITED LAUNCH SERVICES, LLC, <br><br> Defendant-Intervenor. | Case No. 1:14-cv-00354-SGB <br> Judge Susan G. Braden |

### [PROPOSED] ORDER

Having considered Defendant-Intervenor United Launch Services, LLC's Motion for Leave to Substitute Counsel, the Court hereby orders that Michael F. Mason of Hogan Lovells US LLP be permitted to withdraw as counsel of record, and Charles J. Cooper of Cooper & Kirk, PLLC may appear as substitute counsel of record for United Launch Services, LLC. The Court's records shall be updated to reflect these changes.

**IT IS SO ORDERED.**

Dated: _____, 2014
Hon. Susan G. Braden
Judge, United States Court of Federal Claims

4