# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | | |
|---|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP. | ) ) ) | Civil Action No. 14-354C |
| Plaintiff, | ) ) ) | **Judge Braden** |
| v. | ) ) | |
| THE UNITED STATES, | ) ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| UNITED LAUNCH SERVICES, LLC, | ) ) ) | |
| Defendant-Intervenor. | ) ) | |

## PLAINTIFF'S NOTICE OF NEW OF COUNSEL

Pursuant to the Court's request to clarify the record, Plaintiff Space Exploration Technologies Corp. ("SpaceX") respectfully submits this Notice to inform the Court of changes to SpaceX's attorneys acting as of counsel. To be clear, SpaceX's attorney of record will remain the undersigned, Richard Vacura of Morrison & Foerster LLP. SpaceX's of counsel going forward will be: Pablo A. Nichols, Bradley D. Wine, Tina D. Reynolds, Catherine L. Chapple, and Kevin L. Hubbard of Morrison & Foerster LLP; Robert Nichols and Jade Totman of Covington & Burling LLP; and Hamish PM Hume, and Jon Knight of Boies, Schiller & Flexner. Mr. Hume's and Mr. Knight's contact information is as follows:

| | |
|---|---|
| Hamish PM Hume | Jon R. Knight |
| Boies, Schiller & Flexner | Boies, Schiller & Flexner |
| 5301 Wisconsin Avenue, NW | 5301 Wisconsin Avenue, NW |
| Washington DC 20015 | Washington DC 20015 |
| (202) 274 1149 (w) | (202) 895 7567 (w) |
| hhume@bsfllp.com | jknight@bsfllp.com |

Alyse K. Latour of Morrison & Foerster LLP, as well as Anju Vohra, Brian Walsh, Saurabh Anand, and Kayleigh Scalzo from Covington & Burling LLP will no longer serve as of counsel in this case, and SpaceX will no longer provide those individuals with access to information under the protective order.

SpaceX will later today file applications for access to information under the protected order for Messrs. Hubbard and Hume, and for Mr. Knight later this week.

Dated: July 28, 2014

                                      Respectfully submitted,

*/s/ Richard J. Vacura*

Richard J. Vacura
MORRISON & FOERSTER LLP
1650 Tysons Blvd, Suite 400
McLean, Virginia 22102
Telephone: 703.760.7764
Facsimile: 703.760.7777
rvacura@mofo.com
*Counsel of Record for Plaintiff SpaceX*

Of counsel:

| | |
|---|---|
| Pablo A. Nichols | Bradley D. Wine |
| Kevin L. Hubbard | Tina D. Reynolds |
| MORRISON & FOERSTER LLP | Catherine L. Chapple |
| 425 Market St. | MORRISON & FOERSTER LLP |
| San Francisco, CA 94105 | 1650 Tysons Blvd, Suite 400 |
| Telephone: 415.268.6653 | Telephone: 703.760.7729 |
| Facsimile: 415.268.7522 | Facsimile: 703.760.7777 |
| pnichols@mofo.com | cchapple@mofo.com |

| | |
|---|---|
| Robert Nichols | Hamish PM Hume |
| Jade Totman | Jon R. Knight |
| COVINGTON & BURLING LLP | Boies, Schiller & Flexner |
| 1201 Pennsylvania Avenue, NW | 5301 Wisconsin Avenue, NW |
| Washington, DC 20004-2401 | Washington DC 20015 |
| Telephone: 202.662.5328 | Telephone: 202.274.1149 |
| Facsimile: 202.628.5116 | Facsimile: 202.237.6131 |
| rnichols@cov.com | hhume@bsfllp.com |

-4-

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Plaintiff's Notice of New Counsel was served on the parties this 28th day of July, 2014, via the Court's electronic filing system.

                                                   /s/ Pablo A. Nichols
                                                   Pablo A. Nichols