**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., ) | |
| Plaintiff, ) | |
| v. ) | No. 14-354 C |
| ) | (Judge Braden) |
| THE UNITED STATES, ) | |
| Defendant, ) | |
| and ) | |
| UNITED LAUNCH SERVICES, LLC, ) | |
| Defendant-Intervenor. ) | |

**DEFENDANT'S CONSENT MOTION FOR AN**
**EXTENSION OF TIME TO FILE THE ADMINISTRATIVE RECORD**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a seven-day enlargement of time, to and including August 22, 2014, within which to file the administrative record. The current deadline for us to file that record is August 15, 2014. We have not previously requested an enlargement of time for this purpose. Both plaintiff and defendant-intervenor consent to our request.

The administrative record in this case is voluminous. It includes documents from various offices within the United States Air Force and the Department of Defense. In total, the record comprises over 25 gigabytes of files. We have reviewed and organized these files into various categories to make the record easier to understand. However, we also need to process the documents by converting them to Adobe Acrobat files and assign each page a unique Bates number. Numerous individuals at the Department of Justice have been working diligently on this task; unfortunately, it is difficult for our computer systems to process such a large amount of

data, and the process has been taking longer than we anticipated. More time is therefore necessary to prepare the record for filing.

    For these reasons, we respectfully request that the Court grant this motion for an enlargement of time of seven days, to and including August 22, 2014, for us to file the administrative record with the Court and provide it to the parties. Further, because the other steps in the litigation of this case depend upon us filing the administrative record, we respectfully request that the Court make a commensurate adjustment to the other deadlines set out in the July 24, 2014, adjudication scheduling order.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | STUART F. DELERY<br>Assistant Attorney General |
|  | ROBERT E. KIRSCHMAN, JR.<br>Director |
|  | s/ Kirk T. Manhardt<br>by s/ Claudia Burke<br>KIRK T. MANHARDT<br>Assistant Director |
| OF COUNSEL: | s/ Alexander V. Sverdlov<br>ALEXANDER V. SVERDLOV |
| JEFFREY M. LOWRY<br>Trial Attorney<br>U.S. Air Force Commercial Law<br> and Litigation Directorate | MATTHEW ANDRADE<br>DEVIN WOLAK<br>Trial Attorneys<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>PO Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Tele: (202) 307-5928<br>Facs: (202) 514-8624 |
| August 13, 2014 | Attorneys for Defendant |