# In the United States Court of Federal Claims

No. 14-354 C
Filed: August 14, 2014

```
*****************************************
SPACE EXPLORATION TECHNOLOGIES      *
CORP.,                              *
                                    *
       Plaintiff,                   *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
       Defendant,                   *
and                                 *
                                    *
UNITED LAUNCH SERVICES, LLC,        *
                                    *
       Defendant-Intervenor.        *
                                    *
*****************************************
```

**ORDER**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the Government's August 13, 2014 Consent Motion For An Extension Of Time To File The Administrative Record is granted.  The court also grants a commensurate adjustment to the other deadlines in the July 24, 2014 Adjudication Scheduling Order, and the following modified deadlines will govern the next stage of proceedings to resolve this case by adjudication:

On or before August 22, 2014, the Government will file the Administrative Record.

On or before September 19, 2014, any motion to correct/supplement the Administrative Record and/or discovery request(s) regarding the jurisdictional issues raised in the Government's June 30, 2014 Motion To Dismiss will be served on the Government and filed with the court.

On or before October 3, 2014, the Government will correct/supplement the Administrative Record, as requested, or file a Response.  In addition, on that date, the Government either will file a Notice, providing Plaintiff with the dates and details by which any discovery requests will be produced, or a motion for a protective order pursuant to RCFC 26(c).

On October 7, 2014, the court will convene a status conference with the parties at 10:00 a.m. at the National Courts Building, located at 717 Madison Place, N.W., Washington, D.C. 20439, to address any issues that may arise from motions that may be filed on September 19, 2014, and the Government's October 3, 2014 response(s).

**IT IS SO ORDERED**.

                                                              s/ Susan G. Braden
                                                             **SUSAN G. BRADEN**
                                                              **Judge**