# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## (BID PROTEST)

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>　　　Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>　　　Defendant,<br><br>and<br><br>UNITED LAUNCH SERVICES, LLC,<br><br>　　　Defendant-Intervenor. | Civil Action No. 14-354C<br><br>**Judge Braden** |

## STIPULATION OF DISMISSAL

Pursuant to Rule of the Court of Federal Claims 41(a)(1)(A)(ii), Plaintiff Space Exploration Technologies Corp. ("SpaceX"), Defendant United States, and Defendant-Intervenor United Launch Services, LLC ("ULA") hereby stipulate to the voluntary dismissal with prejudice of all Plaintiff's claims.

Dated: January 23, 2015                          Respectfully submitted,

                                                 *Counsel of Record for Plaintiff*

*Of counsel for Plaintiff:*                      /s/ Hamish PM Hume
Richard Vacura                                   Hamish PM Hume
Pablo A. Nichols                                 BOIES, SCHILLER & FLEXNER, LLP
Catherine L. Chapple                             5301 Wisconsin Ave. NW, Suite 800
Kevin L. Hubbard                                 Washington, DC 20015
MORRISON & FOERSTER LLP                          hhume@bsfllp.com

Robert Nichols
Jade C. Totman
COVINGTON & BURLING LLP

Jon R. Knight
BOIES, SCHILLER & FLEXNER, LLP

*Counsel of Record for Defendant*

JOYCE R. BRANDA
Acting Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

 s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

OF COUNSEL:

MARC P. MALLONE, CAPT
Trial Attorney
U.S. Air Force Commercial Law
 and Litigation Directorate

 s/ Alexander V. Sverdlov
ALEXANDER V. SVERDLOV
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-5928
Facsimile: (202) 514-8624

*Counsel of Record for Defendant-Intervenor*

<u>s/ Charles J. Cooper</u>
Charles J. Cooper
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
ccooper@cooperkirk.com

*Of counsel for Defendant -Intervenor*:

Michael W. Kirk
Howard C. Nielson, Jr.
Harold S. Reeves
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)


Michael F. Mason
HOGAN LOVELLS US LLP
555 13th Street, N.W.
Washington, D.C. 20004
(202) 637-5499
(202) 637-5910 (fax)