# In the United States Court of Federal Claims

No. 14-354 C
Filed: January 23, 2015

```
*****************************************
SPACE EXPLORATION TECHNOLOGIES     *
CORP.,                             *
                                   *
        Plaintiff,                 *
                                   *
v.                                 *
                                   *
THE UNITED STATES,                 *
                                   *
        Defendant,                 *
and                                *
                                   *
UNITED LAUNCH SERVICES, LLC,       *
                                   *
        Defendant-Intervenor.      *
                                   *
*****************************************
```

**CONFIDENTIALITY ORDER**

      On April 28, 2014, the above captioned bid-protest case was filed by Space Exploration Technologies Corporation ("SpaceX") in the United States Court of Federal Claims and assigned to the undersigned judge. After participating in mediation, the parties have now settled the matter and stipulated dismissal of plaintiff's complaint, with prejudice.

      The court has previously issued a Protective Order and a Non-Disclosure Order, protecting material in this case from release. The court now determines that the public interest is served by issuance of this Confidentiality Order, the terms of which follow:

      1.    Any information previously subject to the Protective Order or the Non-Disclosure Order may not be disclosed to anyone not admitted to those two orders, including the Mediator, John Ashcroft, Chairman of the Ashcroft Group, the Ashcroft Law Firm, and members thereof, except as provided in the settlement agreement that the parties executed on January 23, 2015. This information includes details about the process of mediation and the terms of the settlement agreement.

2. If any party or individual subject to this Confidentiality Order becomes aware of any unauthorized disclosure of information, including content and/or information conveyed, that party or individual immediately will advise the court.

**IT IS SO ORDERED**.

<u>s/ Susan G. Braden</u>
**SUSAN G. BRADEN**
**Judge**